WILLIAM F. ABBOTT #121285
211 Gough Street, Suite 201
San Francisco, CA 94102
Telephone: (415) 863-9337
Facsimile: (415) 8663-9318
E-Mail: billabbott@earthlink.net

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RICHARD SUTHERLAND, as Assignee of NIGEL ALLEN; RICHARD SUTHERLAND, as Assignee of FRED PILSTER; RICHARD SUTHERLAND, as Assignee of SAL RUIZ; RICHARD SUTHERLAND, as Assignee of JUDITH LAVENDAR and ANTHONY MALFATTI, Individually,

Plaintiffs,

v.

THOMAS E. FRANCIS,

Defendant.

CASE NO. 5:12-cv-05110

STIPULATION & ORDER TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO DISMISS ; ORDER

## RECITALS

1. Defendants' Motion to Dismiss Plainitffs' First Amended Complaint is set for heating on February 28, 2013.

2. Plaintiff's Opposition To Motion is due on January 23, 2013.

3. Due to the illness of Plaintiff's counsel, Defendant is willing to extend the date for the filing of Plaintiff's Opposition To Motion until Monday, January 28, 2013, provided that Defendant's Reply be due on Tuesday, February 5, 2013.

## STIPULATION

Therefore, based on the foregoing Recitals, the Parties herein, through their undersigned

*Sutherland v. Francis*, Case No. 5:12-cv-05110
STIPULATION & ORDER

attorneys of record, pursuant to Local Rules 6-2 and 7-12, hereby stipulate as follows:

1. The date for the filing of Plaintiff's Opposition To Plaintiff's Motion to Dismiss be extended until Monday, January 28, 2013.

2. Defendant's Reply is due on Tuesday, February 5, 2013.

Date: January 16, 2013

*/s/ William F. Abbott*
WILLIAM F. ABBOTT
Attorney for Plaintiffs

Date: January 16, 2013

Walsworth, Franklin, Bevins & McCall, LLP

BY: _____
ALEX F. PEVZNER
Attorneys for Defendant

## ORDER

Pursuant to the foregoing Stipulation , IT IS HEREBY ORDERED:

1. The date for the filing of Plaintiff's Opposition To Plaintiff's Motion to Dismiss be extended until Monday, January 28, 2013.

2. Defendant's Reply is due on Tuesday, February 5, 2013.

DATE: 1/17/13

HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT

IT IS SO ORDERED
Judge Edward M. Chen

*Sutherland v. Francis*, Case No. 5:12-cv-05110
**STIPULATION & ORDER**

## CERTIFICATE OF SERVICE

I, WILLIAM F. ABBOTT, declare as follows:

I am an attorney at law duly admitted to practice before the United States District Court for the Northen District of California, am an active member of the State Bar of California, and am attorney of record herein for Plaintiffs. On January 16, 2013, I served copies of the following documents: STIPULATION by E-mail to the following:

Ferdie F. Franklin
Alex Pevzner <apevzner@wfbm.com>
Walsworth, Franklin, Bevins & McCall, LLP
601 Montgomery Street, Ninth Floor
San Francisco, CA 94111-2612
Attorney for Defendant

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed at San Francisco, California on January 16, 2013.

/s/ William F. Abbott
WILLIAM F. ABBOTT

*Malfatti v. Mortgage Electronic Registration Systems, Inc.,* Case No. 3:11-cv-3142 LB
**CERTIFICATE OF SERVICE**