UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD SUTHERLAND, as Assignee of NIGEL ALLEN; RICHARD SUTHERLAND as assignee of FRED PILSTER; RICHARD SUTHERLAND, as assignee of SAL RUIZ; RICHARD SUTHERLAND, as assignee of JUDITH LAVENDAR and ANTHONY MALFATTI, Individually,<br><br>                   Plaintiffs,<br>   v.<br><br>THOMAS E. FRANCIS,<br><br>                   Defendant. | Case No.: 12-CV-05110-LHK<br><br>ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT |

     In preparation for the Case Management Conference scheduled for June 13, 2013, the parties were required to file a Joint Case Management Statement by June 6, 2013, pursuant to Civil Local Rule 16-9. Only Defendant Thomas A. Francis filed this statement, *see* ECF No. 37, although he provided no explanation for why Plaintiffs failed to join in this statement. *But see* Civ. L. R. 16-9(a) ("If a party is unable, despite reasonable efforts, to obtain the cooperation of another party in the preparation of a joint statement, the complying party may file a separate case management statement, accompanied by a declaration describing the conduct of the uncooperative

party which prevented the preparation of a joint statement."). Accordingly, the parties are hereby ORDERED to file one Joint Case Management Statement by Tuesday, June 11, 2013, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: June 7, 2013

                                 _____
                                 LUCY H. KOH
                                 United States District Judge

Case No.: 12-CV-05110-LHK
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT