UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD SUTHERLAND, as Assignee of NIGEL ALLEN; RICHARD SUTHERLAND as assignee of FRED PILSTER; RICHARD SUTHERLAND, as assignee of SAL RUIZ; RICHARD SUTHERLAND, as assignee of JUDITH LAVENDAR and ANTHONY MALFATTI, Individually,<br><br>Plaintiffs,<br>v.<br><br>THOMAS E. FRANCIS,<br><br>Defendant. | Case No.: 12-CV-05110-LHK<br><br>ORDER VACATING HEARING |

Pursuant to Civil Local Rule 7-1(b), the Court finds Defendant's Motion to Dismiss appropriate for resolution without oral argument.  Accordingly, the hearing on this motion scheduled for February 13, 2014, at 1:30 p.m. is hereby VACATED.  The Court will issue an order on the motion shortly.

**IT IS SO ORDERED.**

Dated: February 12, 2014

_____
LUCY H. KOH
United States District Judge

1