UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| RICHARD SUTHERLAND, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THOMAS E. FRANCIS,<br><br>　　　　Defendant. | Case No. 12-CV-05110-LHK<br><br>**ORDER DIRECTING PLAINTIFF TO FILE A CASE MANAGEMENT STATEMENT** |

　　The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for June 15, 2016 at 2 p.m. *See* Civ. L.R. 16-10(d). However, Defendant Thomas Francis ("Defendant") filed a declaration stating that Defendant had attempted to meet and confer with Plaintiff Richard Sutherland ("Plaintiff") and received no response. ECF No. 58. Plaintiff is hereby ORDERED to file a case management statement by Monday, June 13, 2016, at 10:00 a.m. The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." *Id.*

**IT IS SO ORDERED**.

Dated: June 9, 2016

　　　　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 12-CV-05110-LHK
ORDER DIRECTING PLAINTIFF TO FILE A CASE MANAGEMENT STATEMENT