UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD SUTHERLAND, et al., | Case No. 12-CV-05110-LHK |
| Plaintiffs, | **CASE MANAGEMENT ORDER** |
| v. | |
| THOMAS E. FRANCIS, | |
| Defendant. | |

Plaintiffs' Attorneys: Mark Lapham, Dirk van Ausdall
Defendant's Attorney: Ferdie Franklin

     A case management conference was held on June 15, 2016.  A further case management conference is set for October 12, 2016, at 2:00 p.m.  The parties shall file their joint case management statement by October 5, 2016.

     The Court referred the parties to a settlement conference with Magistrate Judge Nathanael Cousins, with a deadline for completion of September 30, 2016.  The parties shall contact Judge Cousins's Courtroom Deputy to schedule the settlement conference.

     Plaintiffs shall file the third amended complaint by June 27, 2016.

     The Court set the following case schedule:

1

Case No. 12-CV-05110-LHK
CASE MANAGEMENT ORDER

| Scheduled Event | Date |
| --- | --- |
| Last Day to Amend the Pleadings/Add Parties | October 31, 2016 |
| Close of Fact Discovery | March 23, 2017 |
| Opening Expert Reports | April 13, 2017 |
| Rebuttal Expert Reports | May 4, 2017 |
| Close of Expert Discovery | May 25, 2017 |
| Last Day to File Dispositive Motions (one per side in the entire case) | June 15, 2017 |
| Hearing on Dispositive Motions | July 27, 2017, at 1:30 p.m. |
| Final Pretrial Conference | September 21, 2017, at 1:30 p.m. |
| Jury Trial | October 16, 2017, at 9:00 a.m. |
| Length of Trial | 4 days |

**IT IS SO ORDERED.**

Dated: June 15, 2016

_____
LUCY H. KOH
United States District Judge